1  Mirch Law Office
   Marie C. Mirch SBN 6747
2  701 B. St., Suite 1310
   San Diego, CA 92101
3  (619) 501-6220 *tel*
   (619) 501-6980 *fax*
4  3507 West Charleston Blvd
   Las Vegas, Nevada 89102
5
   Attorney for the Plaintiff, Counterdefendant,
6  and Third-Party Defendant.

7

8

9              UNITED STATES DISTRICT COURT

10

11                  DISTRICT OF NEVADA

12

13  JAMES W. FORSYTHE,            )   Case No. 3:10-cv-00716-RCJ-VPC)
                                  )   consolidated into case no.
            Plaintiff.            )   3:10-cv-00804-RCJ-VPC
14       v.                       )
                                  )   EMERGENCY APPLICATION FOR
15  JOSEPH BROWN; COGNATE 3       )   7 HOUR EXTENSION OF TIME TO FILE
    LLC, et al.;                  )   REPLY TO OPPOSITION TO MOTION
16                                )   TO QUASH (Dkt #92)
            Defendants.           )       and
17                                )   OPPOSITION TO MOTIONS FOR
                                  )   SANCTIONS AGAINST PLAINTIFF
18  and related claims, cross claims, )  AND CONTEMPT AGAINST
    and third party claims  ,     )   DEANE ALBRIGHT
19  _____)   (Dkt #s 93 and 94)

20
        Plaintiff, James W. Forsythe, by and through his counsel of record, respectfully requests a
21
   very brief extension of time in which to reply to the opposition (#92) filed on behalf of the
22
   Cognate parties to the motions to quash, and the motions for sanctions against Dr. Forsythe, and
23
   Motion for Contempt of Mr. Albright (# # 93 and 94).    This motion is made on an
24
   "emergency" basis as the documents are due by the close of business today, and counsel will not
25
   be able to complete the same until later tonight from Miami, FL.
26

27
   ///
28

                                              1

# AFFIDAVIT OF MARIE MIRCH

STATE OF CALIFORNIA  ) ss.
COUNTY OF SAN DIEGO )

I, MARIE MIRCH after being duly sworn and under penalty of perjury state:

1. I am the counsel for Plaintiff the present action, as well as the Counter Defendant to the Counterclaim asserted by Cognate 3, LLC.

2. I am over the age of eighteen, and am competent to testify as to the matters set forth. I do so with personal knowledge, and if called upon to testify I am able and willing to do the same.

3. In the afternoon of October 11, 2011, I received an Oder from this Court shortening=g the time for me to reply to defendants' opposition to my motions to quash.

4. The Order also shortened the time for me to oppose two motions that defendants had filed, one against Dr. Forsythe for alleged discovery violations, and one against Deane Albright for alleged contempt.

5. I was not able to work on these documents on the date of the order as I was completing an opening brief and appendix in an appeal to the Ninth Circuit of Appeals.

6. I am traveling today, October 13, all day to Miami, Florida to take a deposition in this case tomorrow, October 14, 2011. My flight leaves at 10:00 a.m. and arrives in Miami at 7:45 p.m. A copy of my itinerary is attached hereto.

7. Monday, October 10, 2011 was a state and federal holiday in California, thereby giving me two business days in which to complete my complete weeks' work in two days before leaving for Miami.

8. I worked diligently on October 12, to finish my other work which was time sensitive to afford me adequate time to respond to Defendants' opposition and motions. However, I could not finish these documents in time.

9. I will not be able to complete these documents and have them ready for filing until I reach Miami, where I finish my reply and oppositions and e-file from my hotel.

10. I have notified opposing counsel by email that I am filing this motion.

11. The Order shortening time requires I file the documents by close of business today. By granting me a 7 hour extension until midnight, the documents will be filed on the date required and I will be afforded the time I need to complete my responses.

I swear under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 13 day of October, 2011.

/s/ Marie Mirch
Marie Mirch
Counsel for Plaintiffs

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: October 14, 2011

Case 3:10-cv-00716-RCJ-VPC   Document 104   Filed 10/14/11   Page 4 of 6
Page 1 of 3
Fw: E-Ticket Confirmation-OOKEBI 13OCT
Case 3:10-cv-00716-RCJ -VPC   Document 99-1   Filed 10/13/11   Page 1 of 3

**From:** DR JAMES FORSYTHE <eforsythe@sbcglobal.net>
**To:** Marie C. Mirch <bobogriz@aol.com>
**Subject:** Fw: E-Ticket Confirmation-OOKEBI 13OCT
**Date:** Sat, Sep 10, 2011 1:41 pm

# E-Ticket

----- Forwarded Message ----
**From:** "American Airlines@aa.com" <notify@aa.globalnotifications.com>
**To:** "EFORSYTHE@SBCGLOBAL.NET" <EFORSYTHE@SBCGLOBAL.NET>
**Sent:** Sat, September 10, 2011 1:36:33 PM
**Subject:** E-Ticket Confirmation-OOKEBI 13OCT



American Airlines AA.com — eTicket Itinerary & Receipt Confirmation

Reservations | Award Booking | My Account | Fare Sales & Offers

**Date of Issue:** 10SEP11

Earlene Forsythe:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: OOKEBI**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

Book a hotel     Book a car     Buy trip insurance

http://mail.aol.com/34188-111/aol-6/en-us/mail/PrintMessage.aspx                    10/13/2011

**Record Locator: OOKEBI** 

### Itinerary

| Carrier | Flight Number | Departing City | Departing Date & Time | Arriving City | Arriving Time | Booking Code |
|---|---|---|---|---|---|---|
| AA American Airlines | 2006 | SAN DIEGO | THU 13OCT 10:00 AM | DALLAS FT WORTH | 3:00 PM | Y |
| | | Marie Mirch | | Economy | Seat 22A | Food For Purchase |
| AA American Airlines | 484 | DALLAS FT WORTH | THU 13OCT 4:00 PM | MIAMI INTERNTNL | 7:45 PM | Y |
| | | Marie Mirch | | Economy | Seat 13C | Food For Purchase |
| AA American Airlines | 544 | MIAMI INTERNTNL | FRI 14OCT 4:00 PM | DALLAS FT WORTH | 6:10 PM | Y |
| | | Marie Mirch | | Economy | Seat 16C | Food For Purchase |
| AA American Airlines | 1243 | DALLAS FT WORTH | FRI 14OCT 8:10 PM | SAN DIEGO | 9:05 PM | Y |
| | | Marie Mirch | | Economy | Seat 13B | Food For Purchase |

### Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| MARIE MIRCH | 0012345761660 | 0 | 10.00 | 10.00 |
| **ADDITIONAL SERVICES** | | | **CURRENCY** | **AMOUNT** |
| Telephone Ticketing Service | | | USD | 25.00 |
| Payment Type: AAdvantage Certificate, Visa XXXXXXXXXXXX1108 | | | | Total: $35.00 |

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-882-8880 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-In. Check with the consulate of these countries to determine the documents required. Additional information can be found at International Travel.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second

Fw: E-Ticket Confirmation-OOKEBI 13OCT                                     Page 3 of 3
Case 3:10-cv-00716-RCJ-VPC   Document 104   Filed 10/14/11   Page 6 of 6
Case 3:10-cv-00716-RCJ -VPC   Document 99-1   Filed 10/13/11   Page 3 of 3

bag, the charge is 30.00USD or (local currency equivalent).

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

**Conditions Of Carriage**     **Special Assistance**     **Flight Check-In**     **Flight Status Notification**

  member of   

We know why you fly
AmericanAirlines
AA.com

This e-mail address is non-returnable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

NRID: 25252115421910153611127700