_____ RECEIVED
_____ ENTERED    _____ SERVED ON
                 COUNSEL/PARTIES OF RECORD

OCT 3 1 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| JAMES W. FORSYTHE, et al., | CASE NO. 3:10-CV-0716-RCJ-VPC |
| Plaintiff(s), | |
| vs. | **ORDER TO SHOW CAUSE** |
| JOSEPH BROWN, et al., | |
| Defendant(s), | |

IT IS ORDERED that Deane Albright appear before the District Court of the United States for the District of Nevada presided over by the Honorable Valerie P. Cooke, U.S. Magistrate Judge, the undersigned, in the Bruce R. Thompson United States Courthouse and Federal Building, 400 South Virginia Street, Fourth Floor, Reno, Nevada, on the **6th** day of **December**, 2011 at **9:00** a.m., Courtroom No. 1, to show cause why the defendant, Deane Albright at Albright, Persing & Associates, Ltd., 1025 Ridgeview Drive, Suite 300, Reno, Nevada 89519 should not be held in contempt in accordance with Local Rule IA 4-1(d) for his failure to comply with an order of the Court.

IT IS ORDERED that a copy of this Order be personally served on Deane Albright by the United States Marshal's Office within twenty (20) days of this Order.

IT IS FURTHER ORDERED, within five (5) days of the scheduled show cause hearing, Deane Albright, shall file objections to this order, if any. A copy of any objections shall be served upon opposing counsel.

DATED: October 31, 2011

_____
VALERIE P. COOKE,
UNITED STATES MAGISTRATE JUDGE