UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMES W. FORSYTHE,        ) | 3:10-cv-00716-RCJ-WGC |
| )   | |
| Plaintiff,   ) | **MINUTES OF THE COURT** |
| )   | |
| vs.    ) | March 30, 2012 |
| )   | |
| JOSEPH BROWN, *et al.*,   ) | |
| )   | |
| Defendants.  ) | |
| _____) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     JENNIFER COTTER      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before this Court is a "Motion to Unseal the Recording from the Settlement Conference for the Sole Purpose of Obtaining a Transcript" filed by counsel for Defendants and Counterclaimant/ Third Party Plaintiff.  (Doc. #162.)  Counsel for plaintiff has verbally expressed no opposition thereto.

    Good cause appearing, therefore, defendants'/counterclaimant third party plaintiff's motion (Doc. #162) is **GRANTED**.  The transcript of the settlement conference herein on March 23, 2012, shall be temporarily unsealed for the purpose of preparation of a transcript.  Counsel are directed to obtain the appropriate form (AO 435) from the court's website (www.nvd.uscourts.gov/forms) and submit the same to the Clerk's Office.

**IT IS SO ORDERED.**

                                                                                    LANCE S. WILSON, CLERK


                                                                                    By:        /s/
                                                                                          Deputy Clerk