# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES W. FORSYTHE, *et al.*, | 3:10-CV-00716-RCJ(VPC) |
| Plaintiff, | **ORDER** |
| v. | |
| JOSEPH BROWN, *et al.,* | |
| Defendants. | |

Before the Court is the Report and Recommendation (#141) entered on February 6, 2012. Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (#148) and Defendants filed an Opposition to Objections (#152).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate judge. Fed. R. Civ. P. 72(b). The Court determines that the Magistrate Judge's Report and Recommendation (#141) entered on February 6, 2012 is adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#141) is ADOPTED and ACCEPTED.

IT IS SO ORDERED.

DATED: this 18th day of May, 2012.

_____
ROBERT C. JONES
UNITED STATES DISTRICT CHIEF JUDGE