**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES W. FORSYTHE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JOSEPH BROWN; COGNATE 3 LLC; ) <br> SUZANNAH ROBERTS, ) <br> ) <br> Defendants. ) <br> _____ ) | 3:10-cv-716-RCJ-VPC <br><br> **ORDER** |

Currently before the Court is Defendants' motion for leave to file dismissal of action with court retaining jurisdiction to enforce confidential settlement agreement (#173) and Plaintiff's motion to seal his response to Defendants' motion (#175).

IT IS HEREBY ORDERED that Plaintiff's motion to seal (#175) is GRANTED.

IT IS FURTHER ORDERED that Defendants' motion for leave to file dismissal of action with court retaining jurisdiction to enforce confidential settlement agreement (#173) is GRANTED. The parties are accordingly given leave to submit a joint stipulation and proposed order dismissing this action with the Court retaining jurisdiction for a period of five (5) years.

DATED: This 11th day of July, 2012.

_____
United States District Judge