**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES W. FORSYTHE, ) | |
| )  Plaintiff, ) | |
| ) v. ) | 3:10-cv-716-RCJ-VPC |
| ) JOSEPH BROWN; COGNATE 3 LLC; ) SUZANNAH ROBERTS, ) | **ORDER** |
| ) Defendants. ) | |
| _____ ) | |

Currently before the Court is Defendants' motion for leave to file dismissal of action with court retaining jurisdiction to enforce confidential settlement agreement (#173) and Plaintiff's motion to seal his response to Defendants' motion (#175).

IT IS HEREBY ORDERED that Plaintiff's motion to seal (#175) is GRANTED.

IT IS FURTHER ORDERED that Defendants' motion for leave to file dismissal of action with court retaining jurisdiction to enforce confidential settlement agreement (#173) is GRANTED. The parties are accordingly given leave to submit a joint stipulation and proposed order dismissing this action with the Court retaining jurisdiction for a period of five (5) years.

DATED: This 11th day of July, 2012.

_____
United States District Judge